**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

**BELINDA PREWITT**, Individually, as Personal Representative of the Estate of **ROBERT PREWITT**, deceased, and on behalf of all Surviving Beneficiaries,

Plaintiff,

-v.-

AMERICAN AIRLINES INC.
1 SKYVIEW DR.
FORT WORTH, TX 76155

PSA AIRLINES, INC.
1 TERMINAL DR.
MIDDLETOWN, PA 17057

UNITED STATES OF AMERICA,
Todd Blanche, in his official capacity as
Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

**SHORT FORM COMPLAINT**

Plaintiff BELINDA PREWITT, Individually, as Personal Representative of the Estate of ROBERT PREWITT, deceased, and on behalf of all Surviving Beneficiaries respectfully alleges as follows:

1. Plaintiff refers to and incorporates herein by reference the First Amended Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the First Amended Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint, First Amended Master Complaint, and any subsequent amendments thereto.

2. Plaintiff adopts each of the general allegations of the First Amended Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the First Amended Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the First Amended Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Negligence

☒ Second Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Negligence

☒ Sixth Cause of Action for Survival Based Upon Negligence

**PLAINTIFF'S INFORMATION:**

5. Decedent, ROBERT PREWITT, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. ROBERT PREWITT resided in MARYLAND.

7. Plaintiff BELINDA PREWITT is a resident of MARYLAND and was the lawful wife/spouse of ROBERT S. PREWITT, deceased, at the time of his death.

8. Plaintiff BELINDA PREWITT brings this lawsuit individually on her own behalf, as Personal Representative of the Estate of ROBERT S. PREWITT, deceased, and on behalf of all surviving beneficiaries.

9. On February 26, 2025, the Circuit Court of Calvert County, Maryland issued an order appointing BELINDA PREWITT as Personal Representative of the Estate of ROBERT PREWITT, deceased. Therefore, she has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of ROBERT PREWITT and brings this lawsuit in her representative capacity.

**PLAINTIFF'S ADMINISTRATIVE CLAIM**

10. On or about June 30, 2025, Plaintiff BELINDA PREWITT, on behalf of herself, the Estate of ROBERT PREWITT, deceased, and all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the FAA.

11. On or about June 30, 2025, Plaintiff BELINDA PREWITT, on behalf of herself, the Estate of ROBERT PREWITT, deceased, and all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the United States Army ("Army").

12. The USA:

☒ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☐ the FAA denied Plaintiff's claims on ________, on behalf of both the FAA and United States Army ("Army").

**PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

☒ full pecuniary loss of the DECEDENT;

☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

☒ loss of life's pleasures;

☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☐ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14. At the time of his death, Decedent ROBERT PREWITT was employed as a Construction Supervisor Superintendent at Kiewit Corp.

Robert is survived by his wife, Belinda, his two minor daughters with Belinda, D.R.P. and D.G.P., his daughter Aubrey L. Prewitt, and his two stepsons, Dylan and Dalton Roberts. He is also survived by his parents, Paula Hephner and Ronald Craven. Robert was a loving, supportive and dedicated husband to Belinda, and father to his children and step children. Belinda and her family's lives have been shattered by Robert's death and the loss of her soulmate and children's father in such a sudden, public and preventable tragedy.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: June 1, 2026

**KREINDLER & KREINDLER LLP**

By: *_/s/ Vincent C. Lesch_*

Justin T. Green
(Bar ID: NY0692)
Brian J. Alexander
(Bar ID: NY0679)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Erin R. Applebaum
(Applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
485 Lexington Avenue, 28th Floor

New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com